APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00216−JDB−1</u>

Case title: USA v. BOZELL IV

Magistrate judge case number:  1:21−mj−00222−ZMF

Date Filed: 03/12/2021

Date Terminated: 05/21/2024

Assigned to: Judge John D. Bates

### Defendant (1)

**LEO BRENT BOZELL IV**
*TERMINATED: 05/21/2024*
*also known as*
ZEEKER BOZELL
*TERMINATED: 05/21/2024*

represented by **Eric Snyder**
MCGUIREWOODS (New York)
1251 Avenue of the Americas
20th Floor
New York, NY 10020
212−548−2113
Email: esnyder@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William Lee Shipley , Jr.**
LAW OFFICES OF WILLIAM L. SHIPLEY
PO Box 745
Kailua, HI 96734
808−228−1341
Email: 808Shipleylaw@gmail.com
*TERMINATED: 05/20/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David B. Deitch**
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive
Suite 1250
McLean, VA 22102
(703) 940−3065
Fax: (703) 462−8674
Email: ddeitch@berenzweiglaw.com
*TERMINATED: 07/09/2021*
*Designation: Retained*

1

**John M. Pierce**
JOHN PIERCE LAW P.C.
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213−400−0725
Email: Jpierce@JohnPierceLaw.com
*TERMINATED: 11/22/2022*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1512(c)(2), and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting. (1s) | Defendant sentenced to Forty−Five (45) months of incarceration, to run concurrent with counts Three (3), Four (4), and Five (5); Twenty−Four (24) months of supervised release, to run concurrent with counts Three (3), Four (4) and Five (5); Special Assessment of $100; Restitution of $4729. |
| 18:1361 and 2; GOVERNMENT PROPERTY OR CONTRACTS >; Destruction of Government Property and Aiding and Abetting (2) | |
| 18:1361 and 2; GOVERNMENT PROPERTY OR CONTRACTS (>1000); Destruction of Government Property and Aiding and Abetting. (2s) | Defendant sentenced to Twelve (12) months of incarceration, to run concurrent with counts Six (6) and Seven (7); Twelve (12) months of supervised release, to run concurrent with counts Six (6) and Seven (7); Special Assessment of $25; Restitution of $4729. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (3) | |
| 18:1361 and 2; GOVERNMENT PROPERTY OR CONTRACTS (>1000); Destruction of Government Property and Aiding and Abetting. (3s) | Defendant sentenced to Forty−Five (45) months of incarceration, to run concurrent with counts One (1), Four (4), and Five (5); Twenty−Four (24) months of supervised release, to run concurrent with counts One (1), Four (4) and Five (5); Special Assessment of $100; Restitution of $4729. |

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Disorderly and Disruptive Conduct in a
Restricted Building or Grounds
(4)

18:231(a)(3); CIVIL DISORDER; Civil
Disorder.
(4s)

Defendant sentenced to Forty−Five (45)
months of incarceration, to run concurrent
with counts One (1), Three (3) and Five (5);
Twenty−Four (24) months of supervised
release, to run concurrent with counts One
(1), Three (3) and Five (5); Special
Assessment of $100; Restitution of $4729.

40:5104(e)(2)(D); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Building
(5)

18:111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers.
(5s)

Defendant sentenced to Forty−Five (45)
months of incarceration, to run concurrent
with counts One (1), Three (3) and Four (4);
Twenty−Four (24) months of supervised
release, to run concurrent with counts One
(1), Three (3) and Four (4); Special
Assessment of $100; Restituiton of $4729.

40:5104(e)(2)(F); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Act of Physical
Violence in the Capitol Grounds or
Buildings
(6)

18:1752(a)(1); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted
Building or Grounds.
(6s)

Defendant sentenced to Twelve (12) months
of incarceration, to run concurrent with
counts Two (2) and Seven (7); Twelve (12)
months of supervised release, to run
concurrent with counts Two (2) and Seven
(7); Special Assessment of $25; Restitution
of $4729.

40:5104(e)(2)(G); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Parading,
Demonstrating, or Picketing in a Capitol
Building
(7)

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Disorderly and Disruptive Conduct in a
Restricted Building or Grounds.
(7s)

Defendant sentenced to Twelve (12) months
of incarceration, to run concurrent with
counts Two (2) and Six (6); Twelve (12)
months of supervised release, to run
concurrent with counts Two (2) and Six (6);
Special Assessment of $25; Restitution of

| | $4729. |
|---|---|
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building. (8s) | Defendant sentenced to Six (6) months of incarceration, to run concurrent with counts Nine (9) and Ten (10); Special Assessment of $10; Restitution of $4729. |
| 40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings. (9s) | Defendant sentenced to Six (6) months of incarceration, to run concurrent with counts eight (8) and Ten (10); Special Assessment of $10; Restitution of $4729. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building. (10s) | Defendant sentenced to Six (6) months of incarceration, to run concurrent with counts Eight (8) and Nine (9); Special Assessment of $10; Restitution of $4729. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1512(c)(2), 18:1752(a)(1) and (2) and 40:5104(e)(3) | |

**Plaintiff**

| **USA** | represented by | **Ashley Akers** |
|---|---|---|
| | | DOJ−CIV |
| | | Commercial Litigation Branch |
| | | 1100 L Street Northwest |
| | | Washington, DC 20530 |
| | | (202) 353−0521 |
| | | Email: ashley.akers@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |

**James Pearce**
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE
SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
(202) 532−4991
Fax: (202) 305−2121
Email: james.pearce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Brendan Ballou**
DOJ−USAO
Antitrust Division
950 Constitution Avenue NW
Washington, DC 20530
202−431−8493
Email: brendan.ballou−kelley@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michael Justin Friedman**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252−6765
Fax: (202) 252−7792
Email: michael.friedman@usdoj.gov
*TERMINATED: 07/28/2023*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2021 | 1 | SEALED COMPLAINT as to LEO BRENT BOZELL IV (1). (Attachments: # 1 Affidavit in Support) (zstd) [1:21−mj−00222−ZMF] (Entered: 02/11/2021) |
| 02/11/2021 | 3 | MOTION to Seal Case by USA as to LEO BRENT BOZELL IV. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21−mj−00222−ZMF] (Entered: 02/11/2021) |
| 02/11/2021 | 4 | ORDER granting 3 Motion to Seal Case as to LEO BRENT BOZELL IV (1). Signed by Magistrate Judge Zia M. Faruqui on 02/11/2021. (zstd) [1:21−mj−00222−ZMF] (Entered: 02/11/2021) |
| 02/12/2021 | | Case unsealed as to LEO BRENT BOZELL IV (bb) [1:21−mj−00222−ZMF] (Entered: 02/16/2021) |
| 02/12/2021 | | Arrest of Defendant LEO BRENT BOZELL, IV in the Middle District of Pennsylvania. (kk) (Entered: 03/24/2021) |

| 02/12/2021 | | Arrest of LEO BRENT BOZELL IV in Pennsylvania. (bb) (Entered: 08/10/2021) |
|---|---|---|
| 02/17/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE: David B. Deitch appearing for LEO BRENT BOZELL IV (Deitch, David) [1:21−mj−00222−ZMF] (Entered: 02/17/2021) |
| 02/17/2021 | 7 | Arrest Warrant, dated 2/11/2021, returned executed on 2/17/2021 in the U.S. District Court for the District of Columbia as to Defendant LEO BRENT BOZELL, IV. (zstd)[1:21−mj−00222−ZMF] Modified on 3/24/2021 (kk). (Entered: 03/14/2021) |
| 02/17/2021 | | JOINT ORAL MOTION by USA and Defendant LEO BRENT BOZELL, IV to Exclude Time Under the Speedy Trial Act from 2/17/2021 to 4/21/2021. (kk) (Entered: 03/24/2021) |
| 02/17/2021 | | Minute Entry for Initial Appearance as to LEO BRENT BOZELL, IV held by video before Magistrate Judge Robin M. Meriweather on 2/17/2021 : The defendant agreed to appear by video. The Court advised the Government of its due process obligations under Rule 5(f). Status Hearing set before Magistrate Judge G. Michael Harvey on 4/21/2021 at 1:00 pm by telephonic/VTC. The preliminary hearing will be set at a later date. The defendant waives his right to have a preliminary hearing within 21 days. Joint Oral Motion by USA and Defendant to Exclude Time Under the Speedy Trial Act from 2/17/2021 to 4/21/2021, heard and granted in the interest of justice. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond. Court Reporter: FTR Gold − Ctrm. 28A; FTR Time Frame: 1:26:08 − 1:49:59. Defense Attorney: David Deitch; U.S. Attorney: Kelly Smith for Michael Friedman; Pretrial Officer: Shay Holman. (kk) (Entered: 03/24/2021) |
| 02/17/2021 | 15 | ORDER Setting Conditions of Release : Defendant LEO BRENT BOZELL, IV placed on Personal Recognizance Bond signed by Magistrate Judge Robin M. Meriweather, nunc pro tunc to 2/17/2021. (Attachment: Appearance Bond) (kk) (Entered: 04/28/2021) |
| 02/17/2021 | 23 | Rule 5(c)(3) Documents Received as to LEO BRENT BOZELL IV from US District Court Middle District of Pennsylvania Case Number 1:21−mj−20 (bb) (Entered: 08/10/2021) |
| 03/12/2021 | 8 | INDICTMENT as to LEO BRENT BOZELL IV (1) count(s) 1, 2, 3, 4, 5, 6, 7. (zstd) (Entered: 03/14/2021) |
| 03/15/2021 | 10 | Unopposed MOTION for Protective Order by USA as to LEO BRENT BOZELL IV. (Attachments: # 1 Exhibit A)(Friedman, Michael) (Entered: 03/15/2021) |
| 03/16/2021 | 11 | ORDER as to LEO BRENT BOZELL IV (1): Granting 10 the government's Unopposed Motion for Protective Order as to LEO BRENT BOZELL IV. See text of Order for details. Signed by Judge John D. Bates on 03/15/2021. (tb) (Entered: 03/16/2021) |
| 03/17/2021 | | Set/Reset Hearings as to LEO BRENT BOZELL IV: Arraignment set for 3/26/2021 at 11:30 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 03/17/2021) |
| 03/26/2021 | | Minute Entry: Arraignment as to LEO BRENT BOZELL IV (1) held on 3/26/2021 before Judge John D. Bates on Counts 1,2,3,4,5,6,7: Plea of NOT GUILTY entered by LEO BRENT BOZELL IV (1) as to all counts. Status Conference set for 5/5/2021 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. Order regarding speedy trial exclusion forthcoming. Defendant remains on release; Court Reporter: Bryan Wayne; Defense Attorney: David Deitch; US Attorney: Michael Friedman. (tb) (Entered: 03/26/2021) |

| 03/26/2021 | 13 | DUE PROCESS PROTECTIONS ACT ORDER as to LEO BRENT BOZELL IV. Signed by Judge John D. Bates on 03/26/2021. (tb) (Main Document 13 replaced on 3/26/2021) (ztb). (Entered: 03/26/2021) |
|---|---|---|
| 03/26/2021 | 14 | ORDER excluding time under the Speedy Trial Act from March 26, 2021 through May 5, 2021. See text of Order for details. Signed by Judge John D. Bates on 03/26/2021. (tb) (Entered: 03/26/2021) |
| 05/05/2021 | 17 | ORDER as to LEO BRENT BOZELL IV: Excluding time under the Speedy Trial Act from May 5, 2021 through July 7, 2021 as to LEO BRENT BOZELL IV. See text of Order for details. Signed by Judge John D. Bates on 05/05/2021. (tb) Modified on 5/5/2021 (tb). (Entered: 05/05/2021) |
| 05/05/2021 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 5/5/2021 before Judge John D. Bates: Parties discussed discovery. Status Conference set for 7/7/2021 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. Defendant remains on release; Court Reporter: Nancy Meyer; Defense Attorney: David Deitch; US Attorney: Michael Friedman. (tb) (Entered: 05/05/2021) |
| 05/13/2021 | 18 | TRANSCRIPT OF PROCEEDINGS in case as to LEO BRENT BOZELL IV before Judge John D. Bates held on 05/05/2021. Page Numbers: 1−12. Date of Issuance: 05/11/2021. Court Reporter: Nancy J. Meyer. Telephone Number: 202−354−3118. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/3/2021. Redacted Transcript Deadline set for 6/13/2021. Release of Transcript Restriction set for 8/11/2021.(Meyer, Nancy) (Entered: 05/13/2021) |
| 06/08/2021 | | MINUTE ORDER as to LEO BRENT BOZELL IV: It is hereby ORDERED that the status hearing set for July 7, 2021 is RESCHEDULED to July 12, 2021 at 10:30 a.m. by videoconference. SO ORDERED by Judge John D. Bates on 06/08/2021. (tb) (Entered: 06/08/2021) |
| 07/06/2021 | 19 | NOTICE OF ATTORNEY APPEARANCE: John M. Pierce appearing for LEO BRENT BOZELL IV (Pierce, John) (Entered: 07/06/2021) |
| 07/09/2021 | 20 | Unopposed MOTION to Withdraw as Attorney by David B. Deitch. by LEO BRENT BOZELL IV. (Deitch, David) (Entered: 07/09/2021) |
| 07/09/2021 | | MINUTE ORDER as to LEO BRENT BOZELL IV: Upon consideration of 20 David B. Deitch's Unopposed Motion to Withdraw as Counsel for Defendant, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Mr. Deitch's appearance in this case is terminated. SO ORDERED. |

| | | Signed by Judge John D. Bates on 7/9/2021. (jth) (Entered: 07/09/2021) |
|---|---|---|
| 07/12/2021 | 22 | MEMORANDUM Regarding Status of Notice by USA as to LEO BRENT BOZELL IV (Attachments: # 1 Exhibit A)(Friedman, Michael) Modified Text on 7/12/2021 (zhsj). (Entered: 07/12/2021) |
| 07/12/2021 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 7/12/2021 before Judge John D. Bates: Parties discussed discovery. Status Conference set for 9/15/2021 at 11:00 AM in Telephonic/VTC before Judge John D. Bates. The Court makes a finding that it is in the Interests of Justice that the time between 7/12/2021 and 9/15/2021 shall be excluded from the Speedy Trial Act calculation (START XT). Defendant remains on release; Court Reporter: Lorraine Herman; Defense Attorney: John Pierce; US Attorney: Michael Friedman. (jth) Modified on 7/12/2021 to include the speedy trial waiver (jth). (Entered: 07/12/2021) |
| 09/08/2021 | 24 | ENTERED IN ERROR.....NOTICE *Regarding Defense Counsel John Pierce, Esq.* by LEO BRENT BOZELL IV (Pierce, John) Modified on 9/9/2021 (zhsj). (Entered: 09/08/2021) |
| 09/10/2021 | 25 | NOTICE by USA as to LEO BRENT BOZELL IV (Friedman, Michael) (Entered: 09/10/2021) |
| 09/15/2021 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 9/15/2021 before Judge John D. Bates: Parties will meet and confer to discuss discovery, trial, and possible disposition. Status Conference set for 11/16/2021 at 11:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 09/15/2021 and 11/16/2021 shall be excluded from the speedy trial calculation. Defendant remins on release. Court Reporter: Lisa Moreira; Defense Attorney: John Pierce; US Attorney: Michael Friedman; Pretrial Officer: John Copes. (tb) (Entered: 09/16/2021) |
| 09/29/2021 | 27 | NOTICE by USA as to LEO BRENT BOZELL IV (Friedman, Michael) (Entered: 09/29/2021) |
| 10/25/2021 | 28 | STATUS REPORT by USA as to LEO BRENT BOZELL IV (Friedman, Michael) (Entered: 10/25/2021) |
| 11/15/2021 | 29 | STATUS REPORT by USA as to LEO BRENT BOZELL IV (Friedman, Michael) (Entered: 11/15/2021) |
| 11/15/2021 | 30 | MOTION for Leave to Appear Pro Hac Vice William Shipley Filing fee $ 100, receipt number ADCDC−8867388. Fee Status: Fee Paid. by LEO BRENT BOZELL IV. (Pierce, John) (Entered: 11/15/2021) |
| 11/16/2021 | | MINUTE ORDER: Upon consideration of 30 the motion for admission of William L. Shipley to appear pro hac vice, and pursuant to Local Criminal Rule 44.1(d), it is hereby ordered that the motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). Click for Instructions**. Signed by Judge John D. Bates on 11/16/2021. (lcjdb2) (Entered: 11/16/2021) |
| 11/16/2021 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 11/16/2021 before Judge John D. Bates: Parties discussed posture of case. Motion due by 12/16/2021. Responses due by 1/7/2022. Reply due by 1/21/2022. Order forthcoming. Status Conference set for 1/27/2022 at 02:00 PM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between |

| | | |
|---|---|---|
| | | 11/16/2021 and 01/27/2022 shall be excluded from the speedy trial calculation. Defendant remains on release; Court Reporter: Sara Wick; Defense Attorney: John Pierce and William Shipley; US Attorney: Michael Friedman. (tb) Modified on 11/16/2021 (tb). (Entered: 11/16/2021) |
| 11/17/2021 | 32 | NOTICE OF ATTORNEY APPEARANCE: William Lee Shipley, Jr appearing for LEO BRENT BOZELL IV (Shipley, William) (Entered: 11/17/2021) |
| 12/17/2021 | 33 | MOTION to Dismiss Count *I, III and IV* by LEO BRENT BOZELL IV. (Pierce, John) (Entered: 12/17/2021) |
| 01/05/2022 | 34 | Unopposed MOTION for Extension of Time to File by USA as to LEO BRENT BOZELL IV. (Friedman, Michael) (Entered: 01/05/2022) |
| 01/05/2022 | | MINUTE ORDER: Upon consideration of 34 the government's Unopposed Motion for Extension of Time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the government shall file a response to 33 defendant's motion to dismiss by not later than January 10, 2022; and it is further ORDERED that the defendant shall file any reply by not later than January 24, 2022. SO ORDERED. Signed by Judge John D. Bates on 1/5/2022. (lcjdb2) (Entered: 01/05/2022) |
| 01/06/2022 | | Set/Reset Deadlines as to LEO BRENT BOZELL IV: Response due by 1/10/2022. Reply due by 1/24/2022. (tb) (Entered: 01/06/2022) |
| 01/10/2022 | 35 | Memorandum in Opposition by USA as to LEO BRENT BOZELL IV re 33 MOTION to Dismiss Count *I, III and IV* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Friedman, Michael) (Entered: 01/10/2022) |
| 01/21/2022 | 36 | REPLY TO OPPOSITION to Motion by LEO BRENT BOZELL IV re 33 MOTION to Dismiss Count *I, III and IV* (Pierce, John) (Entered: 01/21/2022) |
| 01/25/2022 | 37 | MOTION for Leave to File *Supplemental Authority* by USA as to LEO BRENT BOZELL IV. (Attachments: # 1 Exhibit A)(Friedman, Michael) (Entered: 01/25/2022) |
| 01/25/2022 | | MINUTE ORDER: Upon consideration of 37 the government's Motion for Leave to File Supplemental Authority, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that [37−1] the January 24, 2022 Memorandum Opinion and Order in United States v. Caldwell, 21−cr−28, is deemed filed as of this date. SO ORDERED. Signed by Judge John D. Bates on 1/25/2022. (lcjdb2) (Entered: 01/25/2022) |
| 01/26/2022 | 38 | NOTICE OF ATTORNEY APPEARANCE James Pearce appearing for USA. (Pearce, James) (Entered: 01/26/2022) |
| 01/27/2022 | | Minute Entry: Status Conference/Motion Hearing as to LEO BRENT BOZELL IV held on 1/27/2022 before Judge John D. Bates: Motion 33 to dismiss; heard and taken under advisement. Status Conference set for 4/7/2022 at 02:00 PM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 01/27/2022 and 04/07/2022 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Bryan Wayne; Defense Attorney: John Pierce and William Shipley, Jr.; US Attorney: Michael Friedman and John Pearce. (tb) (Entered: 01/31/2022) |

| 02/16/2022 | 41 | MEMORANDUM OPINION & ORDER denying 33 defendant's motion to dismiss. See text for details. Signed by Judge John D. Bates on 2/16/2022. (lcjdb2) (Entered: 02/16/2022) |
|---|---|---|
| 04/07/2022 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 4/7/2022 before Judge John D. Bates. Parties discussed posture of case. Status Conference set for 6/6/2022 at 12:00 PM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 04/07/2022 and 06/06/2022 shall be excluded from the speedy trial calculation. Court Reporter: Lisa Edwards; Defense Attorney: Darly Kipnis; US Attorney: Michael Friedman. (tb) (Entered: 04/11/2022) |
| 05/06/2022 | 43 | NOTICE OF ATTORNEY APPEARANCE Ashley Akers appearing for USA. (Akers, Ashley) (Entered: 05/06/2022) |
| 06/02/2022 | 44 | Joint MOTION to Continue *Status Conference and to Exclude Time Under the Speedy Trial Act* by USA as to LEO BRENT BOZELL IV. (Attachments: # 1 Text of Proposed Order)(Akers, Ashley) (Entered: 06/02/2022) |
| 06/02/2022 | | MINUTE ORDER: Upon consideration of 44 the parties' Joint Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the status conference scheduled for June 6, 2022 is hereby RESCHEDULED to July 18, 2022 at 11:00 AM in Telephonic/VTC; and it is further ORDERED that the time between June 6 and July 18, 2022 shall be excluded from the speedy trial calculation in the interests of justice as the continuance will provide the parties with additional time to engage in plea negotiations and to review discovery. SO ORDERED. Signed by Judge John D. Bates on 6/2/2022. (lcjdb2) (Entered: 06/02/2022) |
| 06/02/2022 | 45 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to LEO BRENT BOZELL IV. (See Docket Entry 44 to View Document). (zhsj) (Entered: 06/02/2022) |
| 07/18/2022 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 7/18/2022 before Judge John D. Bates. Parties discussed trial. Another Video Status Conference is set for 11/22/2022 at 3:00 PM in Telephonic/VTC before Judge John D. Bates. Jury Trial is set for 3/20/2023 at 9:30 AM in Courtroom 30A (In Person) before Judge John D. Bates. The Video Pretrial Conference is set for 3/10/2023 at 2:00 PM in Telephonic/VTC before Judge John D. Bates. Motions in Limine are due by 2/13/2023; Responses are due by 2/27/2023; Replies are due by 3/6/2023. The Court finds in the interest of justice (XT) that the time between 7/18/2022 and 3/20/2023 shall be excluded from the speedy trial calculation. Defendant remains on release; Court Reporter: Janice Dickman; Defense Attorney: William Lee Shipley, Jr.; US Attorney: Ashley Akers. (jth) (Entered: 07/19/2022) |
| 11/08/2022 | | MINUTE ORDER: It is hereby ORDERED that the status conference currently scheduled for November 22, 2022 at 3:00 p.m. is RESCHEDULED for November 21, 2022 at 11:00 a.m. via Telephonic/VTC. Signed by Judge John D. Bates on 11/8/2022. (lcjdb2) (Entered: 11/08/2022) |
| 11/21/2022 | | MINUTE ORDER: Pursuant to the status conference held on this date, it is hereby ORDERED that a status conference is SCHEDULED for January 20, 2023 at 2:00 p.m. in Courtroom 30. Signed by Judge John D. Bates on 11/21/2022. (lcjdb2) (Entered: 11/21/2022) |

| 11/21/2022 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 11/21/2022 before Judge John D. Bates: Parties discussed posture of case and trial. The Court sets a backup trial date of May 15, 2023. Status Conference set for 1/20/2023 at 02:00 PM in Courtroom 9− In Person/ Telephonic/VTC (only deft to appear by zoom) before Judge John D. Bates. Defendant remains on release. Court Reporter: Lorraine Herman; Defense Attorney: William Lee Shipley, Jr.; US Attorney: Ashley Akers. (tb) (Entered: 11/21/2022) |
|---|---|---|
| 11/22/2022 | 48 | Withdraw as Attorney by John M. Pierce. by LEO BRENT BOZELL IV. (Pierce, John) Modified Text on 11/22/2022 (zhsj). (Entered: 11/22/2022) |
| 01/06/2023 | | MINUTE ORDER: It is hereby ORDERED that the status conference set for January 20, 2023 at 2:00 p.m. is RESCHEDULED to January 13, 2023 at 2:00 p.m. in Courtroom 30. Signed by Judge John D. Bates on 1/6/2023. (lcjdb2) (Entered: 01/06/2023) |
| 01/06/2023 | | Set/Reset Hearing as to LEO BRENT BOZELL IV: Status Conference RESCHEDULED to January 13, 2023 at 2:00 p.m. in Courtroom 30A (In Person) before Judge John D. Bates. (jth) (Entered: 01/06/2023) |
| 01/09/2023 | 49 | NOTICE OF ATTORNEY APPEARANCE Brendan Ballou appearing for USA. (Ballou, Brendan) (Entered: 01/09/2023) |
| 01/13/2023 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 1/13/2023 before Judge John D. Bates: Parties discuss posture of case. The March trial date is hereby VACATED. Motion in Limine due by 3/28/2023. Response due by 4/11/2023. Reply due by 4/18/2023. Status Conference set for 4/28/2023 at 11:00 AM in Courtroom 30A− In Person before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 01/13/23 and 05/13/23 shall be excluded from the speedy trial calculation. Defendant remains on release; Court Reporter: Stacy Heavenridge; Defense Attorney: William Lee Shipley, Jr.; US Attorney: Ashley Akers. (tb) (Entered: 01/18/2023) |
| 03/27/2023 | 51 | MOTION in Limine *to preclude improper defense arguments and evidence* by USA as to LEO BRENT BOZELL IV. (Akers, Ashley) (Entered: 03/27/2023) |
| 03/28/2023 | 52 | MOTION in Limine by LEO BRENT BOZELL IV. (Shipley, William) (Entered: 03/28/2023) |
| 04/10/2023 | 53 | Memorandum in Opposition by USA as to LEO BRENT BOZELL IV re 52 Motion in Limine (Ballou, Brendan) (Entered: 04/10/2023) |
| 04/18/2023 | 54 | Unopposed MOTION to Continue *Trial* by LEO BRENT BOZELL IV. (Shipley, William) (Entered: 04/18/2023) |
| 04/19/2023 | 55 | ERRATA by LEO BRENT BOZELL IV re 54 Unopposed Motion to Continue Trial (Shipley, William). Modified on 4/19/2023 (zhsj). (Entered: 04/19/2023) |
| 04/19/2023 | | MINUTE ORDER: It is hereby ORDERED that a status conference is set for April 21, 2023 at 3:00 p.m. by videoconference. Signed by Judge John D. Bates on 4/19/2023. (lcjdb2) (Entered: 04/19/2023) |
| 04/20/2023 | | Set/Reset Hearings as to LEO BRENT BOZELL IV:Status Conference set for 4/21/2023 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 04/20/2023) |

| 04/21/2023 | | MINUTE ORDER: Upon consideration of 54 defendant's motion to continue trial, for the reasons discussed at the status conference on this day, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the trial currently scheduled to begin on May 15, 2023 is RESCHEDULED to begin September 6, 2023 in Courtroom 30A; and it is further ORDERED that the following pretrial schedule shall govern: additional pretrial motions, if any, shall be filed by not later than May 26, 2023; responses to pretrial motions shall be filed by not later than June 16, 2023; replies in support of pretrial motions shall be filed by not later than June 30, 2023; additional motions in limine, if any, shall be filed by not later than July 21, 2023; responses to motions in limine shall be filed by not later than August 4, 2023; replies in support of motions in limine shall be filed by not later than August 11, 2023; and trial briefs, witness lists, and exhibit lists shall be filed by not later than August 30, 2023. SO ORDERED. Signed by Judge John D. Bates on 4/21/2023. (lcjdb2) (Entered: 04/21/2023) |
|---|---|---|
| 04/21/2023 | | Minute Entry: Status Conference as to LEO BRENT BOZELL IV held on 4/21/2023 before Judge John D. Bates: Parties discussed posture of case. Scheduling order forthcoming. Bench Trial set for 9/6/2023 at 09:30 AM in Courtroom 30A− In Person before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 04/21/23 ane 09/06/23 shall be excluded from the speedy trial calculation. Defendant remains on release; Court Reporter: Bryan Wayne; Defense Attorney: William Lee Shipley, Jr.; US Attorney: Ashley Akers. (tb) (Entered: 04/24/2023) |
| 04/24/2023 | | MINUTE ORDER as to LEO BRENT BOZELL IV: It is hereby ORDERED that a pretrial conference is SCHEDULED for August 25, 2023 at 12:30 p.m. via videoconference. Signed by Judge John D. Bates on 4/24/2023. (lcjdb2) (Entered: 04/24/2023) |
| 04/25/2023 | | Set/Reset Deadlines as to LEO BRENT BOZELL IV: Briefs due by 8/30/2023. Exhibit List due by 8/30/2023. Pretrial motions due by 5/26/2023. Responses due by 6/16/2023. Replies due by 6/30/2023. Witness List due by 8/30/2023. (tb) (Entered: 04/25/2023) |
| 04/26/2023 | 57 | SUPERSEDING INDICTMENT as to LEO BRENT BOZELL IV (1) count(s) 1s, 2s−3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s. (zhsj) (Entered: 04/27/2023) |
| 07/28/2023 | 59 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to LEO BRENT BOZELL IV (Friedman, Michael) (Entered: 07/28/2023) |
| 08/15/2023 | 60 | Waiver of Trial by Jury as to LEO BRENT BOZELL IV. (Shipley, William) Modified Text on 8/15/2023 (zhsj). (Entered: 08/15/2023) |
| 08/16/2023 | 61 | WAIVER OF TRIAL BY JURY as to Defendant LEO BRENT BOZELL, IV; approved by Judge John D. Bates on 8/16/2023. (kk) (Entered: 08/17/2023) |
| 08/17/2023 | 62 | ORDER granting in part and denying in part 51 the government's motion in limine and denying 52 defendant's motion in limine. See text of Order for details. Signed by Judge John D. Bates on 8/17/2023. (lcjdb2) (Entered: 08/17/2023) |
| 08/24/2023 | 63 | NOTICE of Waiver *OF IN−PERSON APPEARANCE* by LEO BRENT BOZELL IV. (Shipley, William) Modified docket event/text on 5/17/2024 (zed). (Entered: 08/24/2023) |
| 08/25/2023 | | |

| | | |
|---|---|---|
| | | Set/Reset Hearings as to LEO BRENT BOZELL, IV : Arraignment and Pretrial Conference set for 8/25/2023 at 12:30 PM by VTC before Judge John D. Bates. (kk) (Entered: 08/25/2023) |
| 08/25/2023 | | Minute Entry for Arraignment and Pretrial Conference as to Defendant LEO BRENT BOZELL, IV held by videoconference before Judge John D. Bates on 8/25/2023 : The defendant consented to appearing by video for the hearing. Plea of Not Guilty entered by LEO BRENT BOZELL, IV to Counts 1s, 2s−3s, 4s, 5s, 6s, 7s, 8s, 9s and 10s. Bench Trial remains set for 9/6/2023 at 9:30 AM before Judge John D. Bates in Courtroom 30A− In Person. Bond Status of Defendant: Defendant remains on PR bond. Court Reporter: Bryan Wayne. Defense Attorney: William Shipley, Jr.; DOJ Attorneys: Ashley Akers and Brendan Ballou. (kk) (Entered: 08/25/2023) |
| 08/30/2023 | 65 | TRIAL BRIEF by LEO BRENT BOZELL IV (Shipley, William) (Entered: 08/30/2023) |
| 08/30/2023 | 66 | TRIAL BRIEF by USA as to LEO BRENT BOZELL IV (Attachments: # 1 Govt Exhibit List, # 2 Govt Witness List)(Akers, Ashley) (Entered: 08/30/2023) |
| 08/31/2023 | 67 | EXHIBIT LIST by LEO BRENT BOZELL IV (Shipley, William) (Entered: 08/31/2023) |
| 09/06/2023 | | Minute Entry for proceedings held before Judge John D. Bates: Bench Trial as to LEO BRENT BOZELL IV begun and held on 9/6/2023. Bench Trial continued to 9/7/2023 at 9:15 AM in Courtroom 30A− In Person before Judge John D. Bates. Bond Status of Defendant: remains on Personal Recognizance; Defense Attorney: William Shipley, Jr.; US Attorneys: Ashley Akers and Brendan Ballou; Government Witnesses: USCP Sergeant Adam DesCamp; USCP Officer Bradley Murray; USCP Sergeant Victor Nichols; USCP Officer Keith Robishaw; Court Reporter: Bryan Wayne. (zed). (Entered: 09/06/2023) |
| 09/07/2023 | | Minute Entry for proceedings held on 9/7/2023 before Judge John D. Bates: Bench Trial resumed as to LEO BRENT BOZELL IV. Oral motion for Judgment of Acquittal heard and taken under advisement. Bench Trial continued to 9/8/2023 at 9:30 AM in Courtroom 30A− In Person before Judge John D. Bates. Bond Status of Defendant: remains on Personal Recognizance; Defense Attorney: William Shipley, Jr.; US Attorney: Ashley Akers and Brendan Ballou; Witnesses: Government Witness: Daniel Wright. Defense Witness: Leo Brent Bozell IV; Court Reporter: Bryan Wayne. (zed) (Entered: 09/07/2023) |
| 09/08/2023 | | Minute Entry for proceedings held on 9/82023 before Judge John D. Bates: Bench Trial resumed and concluded as to LEO BRENT BOZELL IV on Counts 1s−10s. Defense renewed oral motion for Judgment of Acquittal, heard and DENIED. The Courts Direct VERDICT OF GUILTY on Counts 1s−10s. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing Memorandum due by 1/2/2024. Sentencing set for 1/9/2024 at 2:00 PM in Courtroom 30A− In Person before Judge John D. Bates. Bond Status of Defendant: remains on Personal Recognizance; Defense Attorney: William Lee Shipley, Jr.; US Attorney: Ashley Akers and Brendan Ballou;; Government Witness: Leo Brent Bozell; Defense Witness: Daniel Wright; Court Reporter: Bryan Wayne. (zed) (Entered: 09/11/2023) |
| 09/08/2023 | 69 | DEFENDANT'S EXHIBIT LIST by LEO BRENT BOZELL IV. (zed) (Entered: 09/18/2023) |
| 09/08/2023 | 70 | |

| | | |
|---|---|---|
| | | GOVERNMENT'S EXHIBIT LIST by LEO BRENT BOZELL IV. (zed) (Entered: 09/18/2023) |
| 11/26/2023 | 71 | TRANSCRIPT OF BENCH TRIAL DAY 1 in case as to LEO BRENT BOZELL IV before Judge John D. Bates held on September 6, 2023; Page Numbers: 1−167. Date of Issuance: 11/26/2023. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 12/17/2023. Redacted Transcript Deadline set for 12/27/2023. Release of Transcript Restriction set for 2/24/2024.(Wayne, Bryan) (Entered: 11/26/2023) |
| 11/26/2023 | 72 | TRANSCRIPT OF BENCH TRIAL DAY 2 in case as to LEO BRENT BOZELL IV before Judge John D. Bates held on September 7, 2023; Page Numbers: 168−360. Date of Issuance: 11/26/2023. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 12/17/2023. Redacted Transcript Deadline set for 12/27/2023. Release of Transcript Restriction set for 2/24/2024.(Wayne, Bryan) (Entered: 11/26/2023) |
| 11/26/2023 | 73 | TRANSCRIPT OF BENCH TRIAL DAY 3 in case as to LEO BRENT BOZELL IV before Judge John D. Bates held on September 8, 2023; Page Numbers: 361−522. Date of Issuance: 11/26/2023. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, |

| | | |
|---|---|---|
| | | (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 12/17/2023. Redacted Transcript Deadline set for 12/27/2023. Release of Transcript Restriction set for 2/24/2024.(Wayne, Bryan) (Entered: 11/26/2023) |
| 11/28/2023 | 74 | NOTICE OF ATTORNEY APPEARANCE: Eric Snyder appearing for LEO BRENT BOZELL IV (Snyder, Eric) (Entered: 11/28/2023) |
| 12/01/2023 | 75 | Proposed MOTION to Continue *Sentencing* by LEO BRENT BOZELL IV. (Snyder, Eric) (Entered: 12/01/2023) |
| 12/04/2023 | | MINUTE ORDER: Upon consideration of 75 defendant's unopposed motion to continue sentencing, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the sentencing set for January 9, 2024 at 2:00 p.m. is RESCHEDULED for April 4, 2024 at 10:00 a.m. in Courtroom 30A; and it is further ORDERED that the parties shall file sentencing memoranda by not later than March 28, 2024. SO ORDERED. Signed by Judge John D. Bates on 12/4/2023. (lcjdb2) (Entered: 12/04/2023) |
| 12/11/2023 | 76 | MOTION to Withdraw as Attorney by LEO BRENT BOZELL IV. (Shipley, William) (Entered: 12/11/2023) |
| 12/11/2023 | | MINUTE ORDER: Upon consideration of 76 William L. Shipley's motion to withdraw as counsel for defendant, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Mr. Shipley's appearance in this case is terminated. SO ORDERED. Signed by Judge John D. Bates on 12/11/2023. (lcjdb2) (Entered: 12/11/2023) |
| 03/09/2024 | 78 | NOTICE OF ATTORNEY APPEARANCE: William Lee Shipley, Jr appearing for LEO BRENT BOZELL IV (Shipley, William) (Entered: 03/09/2024) |
| 03/12/2024 | 79 | MOTION to Continue *SENTENCING HEARING AND FILING DEADLINES* by LEO BRENT BOZELL IV. (Shipley, William) (Entered: 03/12/2024) |
| 03/12/2024 | | MINUTE ORDER: Upon consideration of 79 defendant's motion to continue sentencing, and the entire record herein, it is hereby ORDERED that the government shall file a response by not later than noon on March 18, 2024. Signed by Judge John D. Bates on 3/12/2024. (lcjdb2) (Entered: 03/12/2024) |
| 03/18/2024 | 80 | RESPONSE by USA as to LEO BRENT BOZELL IV re 79 MOTION to Continue *SENTENCING HEARING AND FILING DEADLINES* (Akers, Ashley) (Entered: 03/18/2024) |
| 03/18/2024 | 81 | REPLY TO OPPOSITION to Motion by LEO BRENT BOZELL IV re 79 MOTION to Continue *SENTENCING HEARING AND FILING DEADLINES* (Shipley, William) (Entered: 03/18/2024) |
| 03/18/2024 | 82 | |

| | | |
|---|---|---|
| | | ORDER granting in part and denying in part <u>79</u> defendant's motion to continue sentencing. See text of Order for details. Signed by Judge John D. Bates on 3/18/2024. (lcjdb2) (Entered: 03/18/2024) |
| 03/25/2024 | | NOTICE OF HEARING as to LEO BRENT BOZELL IV: Sentencing set for 5/2/2024 at 10:00 AM in Courtroom 30A− In Person before Judge John D. Bates. (zgf) (Entered: 03/25/2024) |
| 04/04/2024 | | MINUTE ORDER: It is hereby ORDERED that the parties shall file sentencing memoranda by not later than April 25, 2024. Signed by Judge John D. Bates on 4/4/2024. (lcjdb2) (Entered: 04/04/2024) |
| 04/18/2024 | 85 | MOTION to Continue *SENTENCING HEARING* by LEO BRENT BOZELL IV. (Shipley, William) (Entered: 04/18/2024) |
| 04/18/2024 | | MINUTE ORDER: Upon consideration of <u>85</u> defendant's third motion to continue sentencing, and the entire record herein, it is hereby ORDERED that the motion is DENIED. The Court declines to make a predictive judgment based on the recent Supreme Court oral argument. And defendant faces sentencing on ten counts, including four felonies other than 18 U.S.C. § 1512(c)(2). <u>See also</u> ECF No. 82 (order granting in part and denying in part defendant's second motion to continue sentencing). SO ORDERED. Signed by Judge John D. Bates on 4/18/2024. (lcjdb2) (Entered: 04/18/2024) |
| 04/24/2024 | | MINUTE ORDER: It is hereby ORDERED that the parties are granted a brief extension of time to review the forthcoming final PSR and file sentencing memoranda; and it is further ORDERED that the parties shall now file sentencing memoranda by not later than 5 p.m. on April 26, 2024. SO ORDERED. Signed by Judge John D. Bates on 4/24/2024. (lcjdb2) (Entered: 04/24/2024) |
| 04/25/2024 | 88 | Consent MOTION for Extension of Time to *file Sentencing Memorandum* by USA as to LEO BRENT BOZELL IV. (Akers, Ashley) (Entered: 04/25/2024) |
| 04/26/2024 | | MINUTE ORDER: Upon consideration of <u>88</u> the government's consent motion for extension of time to file sentencing memoranda, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the parties shall file their sentencing memoranda by not later than May 3, 2024; and it is further ORDERED that sentencing is RESCHEDULED from May 2, 2024 at 10:00 a.m. to May 17, 2024 at 10:30 a.m. in Courtroom 30A. SO ORDERED. Signed by Judge John D. Bates on 4/26/2024. (lcjdb2) (Entered: 04/26/2024) |
| 05/03/2024 | 89 | SENTENCING MEMORANDUM by LEO BRENT BOZELL IV (Snyder, Eric) (Entered: 05/03/2024) |
| 05/03/2024 | 90 | SENTENCING MEMORANDUM by USA as to LEO BRENT BOZELL IV (Akers, Ashley) (Entered: 05/03/2024) |
| 05/08/2024 | | MINUTE ORDER: Upon consideration of <u>86</u> the final Presentence Investigation Report, <u>89</u> <u>90</u> the parties' sentencing memoranda, and the entire record herein, it is hereby ORDERED that the government shall file, by not later than close of business on May 14, 2024, a brief supplemental memorandum containing the following information: (1) a list of January 6 cases in which the terrorism enhancement itself, USSG § 3A1.4, as opposed to a departure pursuant to Application Note 4, was sought (also indicating cases in which it was ultimately applied) and (2) a list of January 6 cases in which application of USSG § 2B1.5 to a destruction of government property |

| | | |
|---|---|---|
| | | count, see 18 U.S.C. § 1361, was sought (also indicating cases in which it was ultimately applied). SO ORDERED. Signed by Judge John D. Bates on 5/8/2024. (lcjdb2) (Entered: 05/08/2024) |
| 05/14/2024 | 91 | RESPONSE TO ORDER OF THE COURT by USA as to LEO BRENT BOZELL IV re Order,,,, Set Deadlines,,, (Akers, Ashley) (Entered: 05/14/2024) |
| 05/17/2024 | 93 | MOTION to Withdraw as Attorney by LEO BRENT BOZELL IV. (Shipley, William) (Entered: 05/17/2024) |
| 05/17/2024 | | Minute Entry for proceeding held on 5/17/2024 before Judge John D. Bates: Sentencing as to LEO BRENT BOZELL IV (1) on Counts 1s−10s. Defendant sentenced to Forty−Five (45) months on each of Counts 1s, 3s, 4s and 5s; Twelve (12) months on each of Counts 2s, 6s and 7s; andSix (6) months on each of Counts 8s, 9s and 10s. All terms of imprisonment to run concurrently. Defendant also sentenced to Supervised Release of Twenty−Four (24) months on Counts 1s, 3s, 4s and 5s and Twelve (12) months on Counts 8s, 9s and 10s, all terms of supervised release to run concurrently. Special assessment of $100 on each of Counts 1s, 3s, 4s and 5s, $25 on each of Counts 2s, 6s and 7s, $10 on each of Counts 8s, 9s and 10s (for a total of $505). Restitution in the amount of $4729.00. Defendant is allowed to self−surrender. Bond Status of Defendant: remains on Personal Recognizance; Defense Attorney: Eric Snyder; US Attorney: Ashley Akers and Brendan Ballou; Probation Officer: Kelli Willett; Court Reporter: Bryan Wayne. (zed) (Entered: 05/17/2024) |
| 05/20/2024 | | MINUTE ORDER: Upon consideration of 93 William L. Shipley's motion to withdraw as counsel for defendant, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Mr. Shipley's appearance in this case is terminated. SO ORDERED. Signed by Judge John D. Bates on 5/20/2024. (lcjdb2) (Entered: 05/20/2024) |
| 05/21/2024 | 94 | JUDGMENT as to LEO BRENT BOZELL IV. Statement of Reasons Not Included. Signed by Judge John D. Bates on 5/21/2024. (zhsj) (Entered: 05/23/2024) |
| 05/21/2024 | 95 | STATEMENT OF REASONS as to LEO BRENT BOZELL IV re 94 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge John D. Bates on 5/21/2024. (zhsj) (Entered: 05/23/2024) |
| 05/31/2024 | 96 | NOTICE OF APPEAL − Final Judgment by LEO BRENT BOZELL IV Filing fee $ 605, receipt number ADCDC−10934991. Fee Status: Fee Paid. Parties have been notified. (Snyder, Eric) (Entered: 05/31/2024) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )            Criminal No. __1:21-cr-00216-JDB__
)
__LEO BRENT BOZELL IV__ )

## NOTICE OF APPEAL

Name and address of appellant:          Leo Brent Bozell IV

Name and address of appellant's attorney:          Eric Snyder
McGuireWoods LLP
1251 Ave of the Americas, 20th Floor
New York, NY 10020

Offense:   10 Counts (18 U.S.C. 2, 111(a)(1), 231(a)(3), 1512(c)(2), 1361, 1752(a), 5104(e))

Concise statement of judgment or order, giving date, and any sentence:

Judgment dated May 17, 2024 (ECF No. 94), including sentence of 45 months on each
of Counts 1, 3, 4, and 5; and 12 months on each of Counts 2, 6, and 7; and 6 months
on each of Counts 8, 9, and 10, to run concurrently

Name and institution where now confined, if not on bail:   To be incarcerated upon surrender at FCI Loretto,
PA

I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

__05/31/2024__

DATE

APPELLANT

 /s/ Eric Snyder

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE      ☐
CJA, NO FEE
PAID USDC FEE      ☑
PAID USCA FEE
Does counsel wish to appear on appeal?          YES ☑      NO ☐
Has counsel ordered transcripts?          YES ☑      NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?      YES ☑      NO ☐

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia ▾

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| LEO BRENT BOZELL IV | Case Number: 21-cr-00216-JDB |
| | USM Number: 29922-509 |
| | |
| | Eric Snyder |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)   1s-10s of the Superseding Indictment filed on 4/26/2023. Found guilty on 2s as misdemeanor.
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting. | 1/6/2024 | 1s |
| 18:1361 and 2 | Destruction of Government Property and Aiding and Abetting (damage less than $1000). | 1/6/2021 | 2s |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/17/2024
Date of Imposition of Judgment

John D. Bates   Digitally signed by John D. Bates
Date: 2024.05.21 17:48:24 -04'00'
Signature of Judge

John D. Bates, U.S. District Judge
Name and Title of Judge

5/21/2024
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

|  |  | Judgment—Page | 2 | of | 8 |

DEFENDANT:  LEO BRENT BOZELL IV
CASE NUMBER:   21-cr-00216-JDB

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1361 and 2 | Destruction of Government Property and Aiding and Abetting (damage greater than $1000). | 1/6/2021 | 3s |
| 18:231(a)(3) | Civil Disorder. | 1/6/2021 | 4s |
| 18:111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers. | 1/6/2021 | 5s |
| 18:1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds. | 1/6/2021 | 6s |
| 18:1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds. | 1/6/2021 | 7s |
| 40:5104(e)(2)(D) | Disorderly Conduct in a Capitol Building. | 1/6/2021 | 8s |
| 40:5104(e)(2)(F) | Act of Physical Violence in the Capitol Grounds or Buildings. | 1/6/2021 | 9s |
| 40:5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. | 1/6/2021 | 10s |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page   3   of   8

DEFENDANT:   LEO BRENT BOZELL IV
CASE NUMBER:   21-cr-00216-JDB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

45 months (3 years, 9 months) on each of Counts 1s, 3s, 4s and 5s; 12 months (1 year) on each of Counts 2s, 6s and 7s; and 6 months on each of Counts 8s, 9s and 10s; to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
   Defendant to be incarcerated at FCI Loretto in PA.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page    4    of    8

DEFENDANT:   LEO BRENT BOZELL IV
CASE NUMBER:   21-cr-00216-JDB

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

24 months (2 years) on each of Counts 1s, 3s, 4s and 5s and 12 months (1 year) on each of Counts 2s, 6s and 7s; to run concurrently.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
              Sheet 3A — Supervised Release

|  | Judgment—Page | 5 | of | 8 |

DEFENDANT: LEO BRENT BOZELL IV
CASE NUMBER: 21-cr-00216-JDB

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature                                       Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page   6   of   8

DEFENDANT:  LEO BRENT BOZELL IV
CASE NUMBER:  21-cr-00216-JDB

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Restitution Obligation - You must pay the balance of any restitution owed at a rate of no less than $100 each month.

| | | Judgment — Page | 7 | of | 8 |
|---|---|---|---|---|---|

DEFENDANT: LEO BRENT BOZELL IV
CASE NUMBER: 21-cr-00216-JDB

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 505.00 | $ 4,729.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of Court for the United States | | | |
| District Court for the District of Columbia | | | |
| for disbursement to the following victim: | | | |
| | | | |
| Architect of the Capitol | | $4,729.00 | |
| Office of the Chief Financial Officer Ford | | | |
| House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |
| | | | |
| TOTALS | $ 0.00 | $ 4,729.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   8   of   8

DEFENDANT:  LEO BRENT BOZELL IV
CASE NUMBER:   21-cr-00216-JDB

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $  505.00   due immediately, balance due

☐  not later than _____ , or
☑  in accordance with  ☐  C,  ☑  D,  ☐  E, or  ☑  F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of  $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☑  Payment in equal   monthly   *(e.g., weekly, monthly, quarterly)* installments of  $  100.00   over a period of
47 months   *(e.g., months or years)*, to commence   30 days   *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.