# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-3080** | **September Term, 2023** |
| | 1:21-cr-00216-JDB-1 |
| | **Filed On: June 12, 2024** [2059293] |

United States of America,
        Appellee

    v.

Leo Brent Bozell, IV, also known as Zeeker Bozell,
        Appellant

### O R D E R

The notice of appeal was filed on May 31, 2024, and docketed in this court on June 12, 2024. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | June 27, 2024 |
| Entry of Appearance Form | June 27, 2024 |
| Transcript Status Report | June 27, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

        BY:    /s/
                    Lynda M. Flippin
                    Deputy Clerk

The following forms and notices are available on the Court's website:

Criminal Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form