# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 24-3080**　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00216-JDB-1

**Filed On:** October 17, 2024

United States of America,

  Appellee

v.

Leo Brent Bozell, IV, also known as Zeeker Bozell,

  Appellant

## O R D E R

  Upon consideration of appellant's motion to dismiss this appeal and the affidavit in support thereof, it is

  **ORDERED** that the motion be granted and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2021).

  The Clerk is directed to issue the mandate forthwith.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

         BY: /s/
            Emily Campbell
            Deputy Clerk